IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAY ANOUSAYA, | No. CIV S-05-0301-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On May 9, 2005, the court issued an order granting plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit documents to the United States Marshal incident to service of the complaint, and also required plaintiff to file in this court proof of such submission of documents within 15 days of the date of the order. To date, plaintiff has failed to file proof of submission of documents to the United States Marshal, as required by the May 9, 2005, order.

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 30 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court order. See Local
4 Rule 11-110.

6 DATED: October 17, 2005.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE