1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PHAY ANOUSAYA, | ) | Case No. 05-301 GEB CMK |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | ) | |
| JO ANNE B. BARNHART Commissioner of Social Security of the United States of America, | ) ) ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of September 26, 2006 to October 27, 2006, 2006.  This is Plaintiff's first requested extension and is necessary due to a  counsel's  heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

1 | Dated: September 15, 2006

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: September 15, 2006

McGregor W. Scott
United States Attorney

By: /s/Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U.S. Attorney

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 18, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE