1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

7  **IN THE UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9  **PHAY ANOUSAYA,**                ) Case No. 05-301 GEB CMK
                                     )
                                     )
                                     )
                                     ) **STIPULATION AND ORDER**
12         **Plaintiff,**            ) **EXTENDING PLAINTIFF'S TIME TO**
                                     ) **FILE MEMORANDUM IN SUPPORT**
13  v.                               ) **OF SUMMARY JUDGMENT**
                                     )
14  **JO ANNE B. BARNHART**          )
    **Commissioner of Social Security** )
15  **of the United States of America,** )
                                     )
16         **Defendant.**            )
                                     )
17  _____   )

         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of October 27, 2006 by one week to November 3, 2006, This extension is necessary due to a counsel's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: October 26, 2006 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | Dated:   October 26, 2006___ | McGregor W. Scott |
| 5 | | United States Attorney |
| 6 | | By: /s/Bobbie J. Montoya |
| 7 | | BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| 8 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   October 27, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2