McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
JOHN CUSKER
Special Assistant U.S. Attorney
Office of the United States Attorney
333 Market St., Suite 1500
San Francisco, Ca. 94102
Telephone: (415) 977-8975
Fax: (415) 744-0134

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAY ANOUSAYA, | CASE NO. 2:05-CV-00301-GEB-CMK |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing defendant's cross-motion and opposition to plaintiff's motion for summary judgment be extended from December 7, 2006 to January 8, 2007.

All other dates in the Court's Scheduling Order are extended accordingly.

///

1

1  This is defendant's first request for an extension of time to
2  file defendant's cross-motion and opposition to plaintiff's motion
3  for summary judgment.  Defendant requests the additional time to
4  further review the file and prepare a response in this matter.

                                      Respectfully submitted,


Dated: 12/1/06                         /s/ Bess M. Brewer (as Authorized on
                                       12/1/06)
                                       BESS M. BREWER
                                       Attorney for Plaintiff


Dated: 12/1/06                         McGREGOR W. SCOTT
                                       United States Attorney
                                       BOBBIE J. MONTOYA
                                       Assistant United States Attorney


                                       /s/ John Cusker
                                       JOHN C. CUSKER
                                       Special Assistant U.S. Attorney



**IT IS SO ORDERED:**


DATED:    December 5, 2006.


                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE

2